81 So.2d 915

### Gerald SPEECE

v.

### Ray D. BRIDGES, Sheriff.

I Div. 703.

Court of Appeals of Alabama.

June 30, 1955.

Rehearing Denied Aug. 9, 1955.

M. A. Marsal, Mobile, for appellant.

John Patterson, Atty. Gen., for appellee.

PRICE, Judge.

Affirmed on authority of Cazalas v. Bridges, ante, p. 232, 81 So.2d 913.